

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00181-CR

| | | |
|---|---|---|
| HARRY C. WASHINGTON, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1501212R) |
| V. | § | May 23, 2019 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in two of the trial court's three judgments but that there was no reversible error in the remaining judgment. We modify the trial court's judgments regarding counts one and two in cause number 1501212R to reflect that the sentences are to run concurrently to each other and we affirm these judgments as modified. We affirm the trial court's judgment regarding count five in cause number 1501212R.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel